186 So. 922

### George MASON v. STATE.
### 8 Div. 700.

Court of Appeals of Alabama.
Jan. 24, 1939.

654

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.

Appeal dismissed.